# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 3:04CR074-01 |
| RONALD BERNARD WALKER ) | USM No: 19592-058 |
| Date of Previous Judgment: January 4, 2007 ) | Daniel McIntyre |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
■ **DENIED.** ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: 31            Amended Offense Level: 31
Criminal History Category: VI         Criminal History Category: VI
Previous Guideline Range: 188 to 235 months   Amended Guideline Range: 188 to 235 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
■ Other (explain):  There is no change in defendant's guideline calculations due to the application of the Career Offender guideline. Accordingly, defendant is not eligible for a sentence reduction per amended USSG § 1B1.10(a)(2)(B).

**III. ADDITIONAL COMMENTS**


Except as provided above, all provisions of the judgment dated January 4, 2007 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: November 17, 2008

Effective Date: _____
(if different from order date)

Frank D. Whitney
United States District Judge